UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

# Minute Entry

## Hearing Information:

Debtor: JOHANNA IVETTE PASTRANA FIGUEROA
Case Number: 15-06378-ESL13                                    Chapter: 13
Date / Time / Room: 12/08/2015 09:00 am osjcrt2
Bankruptcy Judge: ENRIQUE S. LAMOUTTE
Courtroom Clerk: DARHMA ZAYAS
Reporter / ECR:    JOSE ROMO

## Matter:

Doc# 19 Motion for Relief From Stay Under 362 filed by Banco Popular De Puerto Rico With Declaration under servicemember civil relief act of 2003. Collateral: mortgage. Post Petition Arrears: $2,589.75
Doc# 29 Debtor's Reply

## Appearances:
JOSE RAMON CARRION MORALES
ROBERTO FIGUEROA CARRASQUILLO
SERGIO A RAMIREZ DE ARELLANO

## Proceedings:

ORDER:

____ Upon debtor(s)' failure to:____ oppose;____ appear at the hearing scheduled for this date;____make current payments to movant; the instant motion is granted and the stay is hereby lifted in favor of movant.

____ Debtor shall provide adequate protection to movant by:
   ____curing the arrears within ____ days. Upon failure to comply, the stay shall be deemed lifted without further order or hearing.

____ Parties are granted ____ days to file a stipulation or joint motion for consent judgment. Upon failure to so file, the Court will enter an order lifting the automatic stay in favor of movant.

____ Upon debtor(s)' consent, the instant motion is granted and the stay is hereby lifted in favor of movant.

__X__ The automatic stay is hereby modified for loan mitigation/modification purposes only. The parties shall inform the Court within _60_ days on the status of the process.

____ Movant's application to withdraw the motion is hereby granted.

____ Other:

/s/ Enrique S. Lamoutte
U. S. Bankruptcy Judge