IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **In re:** | |
| **JOHANNA I. PASTRANA FIGUEROA** | **CASE NO.  15-06378 (ESL)** |
| **DEBTORS** | **Chapter 13** |
| **BANCO POPULAR DE PUERTO RICO** | |
| **MOVANT** | **INDEX** |
| **VS.** | |
| **JOHANNA I. PASTRANA FIGUEROA, JOSE RAMON CARRION MORALES, CHAPTER 13 TRUSTEE** | ☒ **of acts against property under §362(d)(1) "CAUSE"** |
| **RESPONDENTS** | |

## MOTION REQUESTING ENTRY OF ORDER GRANTING RELIEF FROM STAY

TO THE HONORABLE COURT:

COMES NOW Movant **BANCO POPULAR DE PUERTO RICO ("Banco Popular"),** through its undersigned counsel, and very respectfully alleges, states and prays:

1.    On November 12, 2015 (Docket No. 19), Banco Popular filed a motion for relief from stay regarding Debtor's real property located at 787 RD. KM 3.4 Bayamon Ward, in Cidra, Puerto Rico, for lack of post-petition payments regarding loan #7753.

2.    On December 9, 2015 (Docket No. 33), the stay was lifted for Loan modification purposes.

3.    Banco Popular's records show that as of today, Debtor has not stablished contact

with the Loss Mitigation Program and arrears regarding loan #7753 total $6,967.70.

**WHEREFORE,** it is respectfully requested that this Honorable Court enter an order granting Banco Popular relief from stay.

## NOTICE

**WITHIN FOURTEEN (14) DAYS FROM SERVICE OF THIS MOTION, ANY PARTY OBJECTING TO THE RELIEF SOUGHT HEREIN, SHALL SERVE AND FILE AN OBJECTION OR OTHER APPROPRIATE RESPONSE TO THIS MOTION WITH THE CLERK'S OFFICE OF THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF PUERTO RICO. IF NO OBJECTION OR OTHER RESPONSE IS FILED WITHIN THE TIME ALLOWED HEREIN, THE MOTION WILL BE DEEMED UNOPPOSED AND MAY BE GRANTED UNLESS: (1) THE REQUESTED RELIEF IS FORBIDDEN BY LAW; (2) THE REQUEST RELIEF IS AGAINST PUBLIC POLICY; OR (3) IN THE OPINION OF THE COURT, THE INTEREST OF JUSTICE REQUIRES OTHERWISE.**

**WE HEREBY CERTIFY** that a true and correct copy of the foregoing has been filed electronically on this day with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the parties who have made an electronic appearance herein.

San Juan, Puerto Rico, this 18th day of March, 2016.

s/SERGIO A. RAMIREZ DE ARELLANO
SERGIO A. RAMIREZ DE ARELLANO
Attorney for Banco Popular
Banco Popular Center, Suite 1022
209 Muñoz Rivera Ave.
San Juan, PR 00918-1009
Telephone Number: (787) 765-2988
Facsimile Number: (787) 765-2973
USDC #126804
sramirez@sarlaw.com

## STATEMENT OF ACCOUNT

| DEBTOR: | JOHANNA I PASTRANA FIGUEROA | | BPPR NUM: | 7753 |
|---|---|---|---|---|
| BANKRUPTCY NUM: | 15-06378 | | FILING DATE: | |
| | | | | 08/20/15 |

### SECURED LIEN ON REAL PROPERTY

| | | | | | |
|---|---|---|---|---|---|
| Principal Balance as of | | 06/01/15 | | | 148,627.41 |
| Accrued Interest from | | 05/01/15 | to | 03/30/16 | 5,358.73 |
| Interest: | 4.000% | Accrued num. of days: | 329 | Per Diem: 16.287935 | |

**Monthly payment to escrow**

| | | | | | | |
|---|---|---|---|---|---|---|
| Hazard | $0.00 | Taxes | $0.00 | MIP | $0.00 | |
| A&H | $0.00 | Life | $0.00 | Escrow Advance | $0.00 | |
| Total montly escrow | | | $0.00 | Months in arrears | 2 | Escrow in arrears | 0.00 |
| | | | | | | Accrued Late Charge: | 57.16 |

**Advances Under Loan Contract:**

| | | | | | | |
|---|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 909.52 |
| Other | $864.52 | | | | | |
| Legal Fees: | | | | | | 375.00 |
| Total Estimate due as of | | 03/30/16 | | | | 155,327.84 |

### AMOUNT IN ARREARS

| PRE-PETTITION AMOUNT: | | | | | |
|---|---|---|---|---|---|
| 2 | payments of | $776.04 | each one | | 1,552.08 |
| | acummulated lated charges | 57 | | | 57.16 |

**Advances Under Loan Contract:**

| | | | | | |
|---|---|---|---|---|---|
| Title Search | $45.00 | Tax Certificate | $0.00 | Inspection | $0.00 | 909.52 |
| Other | $864.52 | | | | |
| Legal Fees: | | | | | 375.00 |
| | | | | A = TOTAL PRE-PETITION AMOUNT | 2,893.78 |

| POST-PETTITION AMMENDED: | | | | |
|---|---|---|---|---|
| 0 | payments of | $776.04 | each one | 0.00 |
| | Late Charge | 0 | | 0.00 |
| | Post Petition Legal Fees | | | 0.00 |
| | | | B = TOTAL POST-PETITION AMOUNT | 0.00 |

| POST-PETITION AMOUNT: | | | | |
|---|---|---|---|---|
| 8 | payments of | $776.04 | each one | 6,208.32 |
| | Late Charge | $184.38 | | 184.38 |
| | Post Petition Legal Fees | $575.00 | | 575.00 |
| | | | C = TOTAL POST-PETITION AMOUNT | 6,967.70 |
| | | TOTAL AMOUNT IN ARREARS | | 9,861.48 |

### OTHER INFORMATION

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Next pymt due | 06/01/15 | Interest rate | 4.000% | P & I | $714.75 | Monthly late charge | $30.73 |
| Investor | Banco Popular de Puerto Rico | Property address | | 787 RD KM 3.4 BAYAMON CIDRA PR 00739 | | | |

The subscribing representative of Banco Popular de Puerto Rico declares under penalty of perjury that according to the information gathered by Banco Popular de Puerto Rico the foregoing is true and correct.

| | |
|---|---|
| _(signature)_ | 03/16/16 |
| BANCO POPULAR DE PUERTO RICO | DATE |

SACCTFHA    Liliana Castro