IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 15-06378 ESL |
| JOHANNA IVETTE PASTRANA FIGUEROA | * | CHAPTER 13 |
| DEBTOR | * | |

### NOTICE OF FILING OF AMENDED CHAPTER 13 PLAN
### AND CERTIFICATE OF SERVICE

TO THE HONORABLE COURT:

COMES NOW, **JOHANNA IVETTE PASTRANA FIGUEROA,** debtor in the above captioned case, through the undersigned attorney and very respectfully states and prays as follows:

1. The debtor is hereby submitting an amended Chapter 13 Plan, dated June 21, 2016, herewith and attached to this motion.

2. This amended Plan is filed to increase the total Plan base to $66,000.00 with a "step-up" payment commencing in month 11th of the Plan ($1,280), to provide for the correct pre and post-petition mortgage loan arrears owed to BPPR and First Bank, pursuant to Order, docket entry #55 and Motion for Relief of Stay, filed by First Bank PR at docket entry #57, in the above captioned case.

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee, and all CM/ECF participants; I also certify that a copy of this notice was sent by mail to debtor and creditors/parties in interest as per master address list, hereby attached.

RESPECTFULLY SUBMITTED. In San Juan, Puerto Rico, this 21st day of June, 2016.

/s/Roberto Figueroa Carrasquillo
USDC #203614
**RFIGUEROA CARRASQUILLO LAW OFFICE PSC**
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE: Case No. **3:15-bk-6378**

**PASTRANA FIGUEROA, JOHANNA IVETTE** Chapter **13**
Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☐ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____  ☑ AMENDED PLAN DATED: **6/21/2016**
☐ PRE ☐ POST-CONFIRMATION    Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

$ **200.00** x **10** = $ **2,000.00**
$ **1,280.00** x **50** = $ **64,000.00**
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____
$ _____ x _____ = $ _____

TOTAL: $ **66,000.00**

Additional Payments:
$ _____ to be paid as a LUMP SUM within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____

☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ **66,000.00**

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ **3,000.00**

Signed: /s/ Johanna I. Pastrana Figueroa
Debtor

_____
Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BPPR**       Cr. **BPPR**              Cr. **See Attached**
# **x7753**        # **x4781 Post-pet**      # _____
$ **2,893.78**     $ **6,633.73**            $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **CORPORACION PAR** Cr. **TOYOTA MOTOR CR** Cr. _____
# **CLAIM 6-1**    # **CLAIM #4**            # _____
$ **1,710.40**     $ **5,402.78**            $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
4. ☐ Debtor SURRENDERS COLLATERAL to Lien Holder:
_____
5. ☐ Other:
_____
6. ☑ Debtor otherwise maintains regular payments directly to:
**BPPR              Banco Popular De P**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☐ Classifies ☑ Does not Classify Claims.
1. (a) Class A: ☐ Co-debtor Claims / ☐ Other: _____
                 ☐ Paid 100% / ☐ Other: _____
Cr. _____       Cr. _____       Cr. _____
# _____         # _____         # _____
$ _____         $ _____         $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: *(Executory contracts; payment of interest to unsecureds, etc.)*
*Debtor to provide auto insurance upon maturity to Toyota Motor Credit thru Eastern America Insurance Company.
*Debtor assumes residential lease with Menelao Zarate; Nashali and Esmeralda Rivera.
* "Tax refunds will be devoted each year, as periodic payments, to the plan's funding until plan completion. The plan shall be deemed modified by such amount, without the need of further Court order. The debtor(s) shall seek court's authorization prior any use of funds."
* Debtor to commence making current post-petition payments to BPPR and FirstBank in July, 2016.

Attorney for Debtor **RFigueroa Carrasquillo Law Office PSC** Phone: **(787) 744-7699**

AMENDED CHAPTER 13 PAYMENT PLAN

© 2016 CINgroup 1.866.218.1003 – CINcompass (www.cincompass.com)

IN RE PASTRANA FIGUEROA, JOHANNA IVETTE                           Case No. **3:15-bk-6378**
                          Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
### Continuation Sheet - Page 1 of 1

|  | Cr | # | $ |
|---|---|---|---|
| **Trustee pays secured ARREARS:** | BPPR | x7753 Post-pet | 8,535.40 |
|  | Banco Popular De Pu | x4781 | 25,133.36 |
|  | First Bank De Puerto | x3696 | 1,629.19 |
|  | Firstbank Puerto Rico | x3696 Post-Pet | 4,201.07 |
| **Executory Contracts - Assumed:** | Esmeralda Rivera | | |
|  | Menelao Zarate | | |
|  | Nedeshka Matos | | |

```
Label Matrix for local noticing          BANCO POPULAR                              BANCO POPULAR DE PUERTO RICO, SERVICER FOR D
0104-3                                   PO BOX 362708                              C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF
Case 15-06378-ESL13                      San Juan, PR 00936-2708                    BANCO POPULAR CENTER, SUITE 1022
District of Puerto Rico                                                             209 MUNOZ RIVERA AVE.
Old San Juan                                                                        SAN JUAN, PR 00918-1000
Tue Jun 21 10:58:14 AST 2016

BANCO POPULAR DE PUERTO RICO, SERVICER FOR G   FIRSTBANK PR                         US Bankruptcy Court District of P.R.
C/O SERGIO A. RAMIREZ DE ARELLANO LAW OF       RAFAEL A GONZALEZ VALIENTE ESQ       Jose V Toledo Fed Bldg & US Courthouse
BANCO POPULAR CENTER, SUITE 1022               PO BOX 9022512                       300 Recinto Sur Street, Room 109
209 MUNOZ RIVERA AVE.                          SAN JUAN, PR 00902-2512              San Juan, PR 00901-1964
SAN JUAN, PR 00918-1000

BANCO POPULAR DE PUERTO RICO             BANCO POPULAR DE PUERTO RICO               BANCO POPULAR DE PUERTO RICO
BANKRUPTCY DEPARTMENT                    SERVICER FOR GINNIE MAE                    SERVICER FOR GINNIE MAE I
PO BOX 366818                            MORTGAGE SERVICING DEPARTMENT              MORTGAGE SERVICING DEPARTMENT
SAN JUAN PR 00936-6818                   PO BOX 362708 SAN JUAN, PR 00936-2708      PO BOX 362708 SAN JUAN, PR 00936-2708

BANCO POPULAR DE PUERTO RICO             BPPR                                       Banco Popular De Puerto Rico
SERVICER FOR WELLSFARGO                  PO BOX 362708                              PO Box 363228
MORTGAGE SERVICING DEPARTMENT            SAN JUAN, PR 00936-2708                    San Juan, PR  00936-3228
PO BOX 362708 SAN JUAN, PR 00936-2708

CORPORACION PARA LAS MICROFINANZAS PR    First Bank De Puerto Rico                  Synchrony Bank
1353 Ave. Luis Vigoreaux PMB 164         PO Box 9146                                c/o of Recovery Management Systems Corp
Guaynabo, PR 00966-2715                  San Juan, PR  00908-0146                   25 S.E. 2nd Avenue, Suite 1120
                                                                                    Miami, FL 33131-1605

(p)TOYOTA MOTOR CREDIT CORPORATION       Toyota Credit de Puerto Rico               JOHANNA IVETTE PASTRANA FIGUEROA
PO BOX 8026                              PO Box 9013                                PO BOX 1259
CEDAR RAPIDS IA 52408-8026               Addison, Texas 75001-9013                  CIDRA, PR 00739-1259

JOSE RAMON CARRION MORALES               MONSITA LECAROZ ARRIBAS                    ROBERTO FIGUEROA CARRASQUILLO
PO BOX 9023884                           OFFICE OF THE US TRUSTEE (UST)             PO BOX 186
SAN JUAN, PR 00902-3884                  OCHOA BUILDING                             CAGUAS, PR 00726-0186
                                         500 TANCA STREET  SUITE 301
                                         SAN JUAN, PR 00901
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
TOYOTA MOTOR CREDIT CORP                 End of Label Matrix
PO BOX 2730                              Mailable recipients    20
TORRANCE, CA 90509-2730                  Bypassed recipients     0
                                         Total                  20
```