IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

JOHANNA IVETTE PASTRANA FIGUEROA

XXX-XX-5347

Debtor(s)

CASE NO. 15-06378 ESL

Chapter 13

FILED & ENTERED ON 08/05/2016

### ORDER AND NOTICE

A hearing is hereby scheduled for **11/02/2016** at **02:00 P.M.** at JOSE V TOLEDO FED BLDG & US COURTHOUSE, 300 RECINTO SUR STREET, COURTROOM 2 SECOND FLOOR, SAN JUAN, PR; to consider the following:

1- Debtor's motion for reconsideration and to set aside order lifting the automatic stay in favor of First Bank PR (#66)

2- Firstbank de PR's response to motion for reconsideration (#69)

The Clerk shall give notice to all parties in interest.

In San Juan, Puerto Rico, this 05 day of August, 2016.

Enrique S. Lamoutte Inclan
U. S. Bankruptcy Judge

C: DEBTOR
JOSE R CARRION MORALES
FIRSTBANK PR